UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES RITCHARD,

    Plaintiff,

v.

AMY ANDERSON, *in her individual and official capacity*, et al.,

    Defendants.

_____/

Case No. 1:21-cv-400

HON. JANET T. NEFF

## ORDER

The Court is in receipt of Plaintiff's May 12, 2021 "Emergency Motion for Declaratory and Emergency Injunctive Relief and Memorandum in Support Thereof" (ECF No.2). The motion requests a TRO enjoining Defendants from holding a hearing scheduled for May 13, 2021 at 10 a.m. to discuss Plaintiff's suspension from the Oceana County Board of Canvassers and determine whether Plaintiff will be permanently removed from the Board of Canvassers (ECF No. 1-7 at PageID.139). The hearing is in progress or concluded. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff should provide a status report on the outcome of the hearing and update the TRO request (ECF No. 2) as needed.

Dated: May 13, 2021

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge