UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES RITCHARD,

    Plaintiff,

v.

AMY ANDERSON, *in her individual and official capacity*, et al.,

    Defendants.
_____/

Case No. 1:21-cv-400

HON. JANET T. NEFF

## ORDER

Defendants filed a Pre-Motion Conference Request concerning their anticipated motion to dismiss (ECF No. 21), and no Response to their Pre-Motion Conference Request has been timely filed.  Therefore,

**IT IS HEREBY ORDERED** that Plaintiff shall file a Response to the Pre-Motion Conference Request no later than August 12, 2021.  Counsel shall adhere to the requirements set forth in Judge Neff's Information and Guidelines for Civil Practice, which are available on the Court's website (www.miwd.uscourts.gov).

Dated:  August 5, 2021

   /s/ Janet T. Neff
JANET T. NEFF
United States District Judge