UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES RITCHARD,

    Plaintiff,

v.

AMY ANDERSON, et al.,

    Defendants.

_____/

Case No. 1:21-cv-400

HON. JANET T. NEFF

## ORDER

This Court having been informed through the filing of the Report Following Voluntary Facilitative Mediation Session (ECF No. 25) of the parties' agreement to settle this matter:

**IT IS HEREBY ORDERED** that appropriate dismissal papers, prepared by counsel for entry by Janet T. Neff, United States District Judge, shall be filed with the Court no later than November 1, 2021.

Dated: September 30, 2021

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge